UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**  CHAPTER 13
  CASE NO. 21-40418
**JOSEPH H. SAFFER**  JUDGE ☒ OXHOLM
  Debtor(s).
_____/

## ORDER RESOLVING TRUSTEE MOTION TO DISMISS

This matter currently scheduled for hearing on 7/18/2022, regarding
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

☒ Trustee's Motion to Dismiss Filed 1/12/2022.

the parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, now therefore;

**IT IS HEREBY ORDER** that the Chapter 13 Plan is modified as follows:
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

☐ Debtor(s) plan payments shall be increased from $_____ to $_____ per _____, effective _____.

☒ In the event that debtor(s) fails(s) to make any future Chapter 13 plan payments, the Trustee may submit a notice of Default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.

Debtor shall serve a copy of this stipulation on the list of creditors and Creditors impacted by this modification shall have 20 days from entry of the order to object for the Debtor(s) failure to comply with Local Bankruptcy Rule E.D. Mich. Guideline #6.

☐ Other: _____

**IT IS FURTHER ORDER** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**Signed on July 13, 2022**

/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge